**STATE of Missouri, Respondent,**

v.

**Harold C. MEDLOCK, Appellant.**

**No. WD 35765.**

Missouri Court of Appeals,
Western District.

Jan. 29, 1985.

John B. Newberry and Daniel W. Imhof, Springfield, for appellant.

John Ashcroft, Atty. Gen., and Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

PER CURIAM.

Appeal from bench trial conviction of a felony, manufacturing by growing marijuana, a controlled substance, Section 195.020.-1(1), RSMo (1978), and sentence to a four-year term of confinement.

Affirmed. Rule 30.25(b).